# First District.

Orpha Anderson, appellee, v. Inter-State Business Men's Accident Association of Des Moines, Iowa, appellant. Gen. No. 35,045.

Opinion filed June 15, 1932.
Moses, Kennedy, Stein & Bachrach, for appellant; Walter Bachrach and Albert Langeluttig, of counsel. Lee D. Mathias and Clyde L. Todd, for appellee.
Mr. Presiding Justice Hebel delivered the opinion of the court.

The People of the State of Illinois ex rel. Agnes Childs, appellant, v. Honorable Henry Horner, Judge of the Probate Court of Cook County et al., appellees. Gen. No. 35,429.

Opinion filed June 15, 1932. Rehearing denied June 29, 1932.
Erich E. Pacyna, for appellant. Butz, Von Ammon & Marx, for appellees; Frederick Z. Marx and Rodney C. Glover, of counsel.
Mr. Presiding Justice Hebel delivered the opinion of the court.

William Rubenstein, appellee, v. Jacob Ribaysen, appellant. Gen. No. 35,457.

Opinion filed June 15, 1932.
Alex M. Golman, for appellant; Benjamin M. Washer, of counsel. James Percival Pio, for appellee.
Mr. Presiding Justice Hebel delivered the opinion of the court.